**FIRST NAT. BANK OF LAKE CHARLES v. LANZ.**
In re WILCOX.

(Circuit Court of Appeals, Fifth Circuit. January 7, 1913.)

No. 2,340.

Petition to Superintend and Revise an Order of the District Court of the United States for the Western District of Louisiana; Aleck Boarman, Judge.

In the matter of C. B. Wilcox, bankrupt; H. W. Lanz, trustee. The First National Bank of Lake Charles petitions to revise an order of the District Court. Petition denied.

A. M. Barbe and Jerry D. Cline, both of Lake Charles, La., for appellant.
S. N. Young, of Lake Charles, La., for appellee.

Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The merits of this case having been disposed of in No. 2,333 between the same parties (202 Fed. 117), the petition to revise is denied, with costs.